UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, | 1:04-cv-05218-LJO-DLB-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 19) |
| vs. | **ORDER DISMISSING ACTION** |
| CALIFORNIA FORENSICS MEDICAL GROUP, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 22, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

1  //

2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  de novo review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendation to
6  be supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendation, filed May 22, 2006,
9  are ADOPTED IN FULL; and,
10      2.   This action is DISMISSED based on plaintiff's failure
11 to state a claim upon which relief can be granted.
12 IT IS SO ORDERED.
13 **Dated:   March 27, 2007**             /s/ Lawrence J. O'Neill
   b9ed48                           UNITED STATES DISTRICT JUDGE